PROB 12C
(7/93)

# United States District Court

## for

## District of New Jersey

## Petition for Warrant or Summons for Offender Under Supervision

**Name of Offender:** Rene Reyes Nunez      **Docket Number:** 90-00172-001
    **PACTS Number:** 56917

**Name of Sentencing Judicial Officer:** The Honorable Clarkson S. Fisher

**Date of Original Sentence:** 08/08/1991

**Original Offense:** Assault During a Bank Robbery (Cts. 2, 4, and 6)

**Original Sentence:** 262 months imprisonment (concurrent); 5 years supervised release (concurrent); $75 special assessment.

**Type of Supervision:** Supervised Release      **Date Supervision Commenced:** 03/30/2010

**Assistant U.S. Attorney:** Marion Percell, 970 Broad Street, Room 502 Newark, New Jersey 07102 (973) 645-2700

**Defense Attorney:** Chester Keller (AFPD), 1002 Broad Street, Newark, New Jersey 07102, (973) 645-6347

---

## PETITIONING THE COURT

[X] To issue a warrant
[ ] To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | The offender has violated the supervision condition which states '**You shall not commit another federal, state, or local crime.**'<br><br>On July 20, 2010, Nunez was arrested by Miami, Florida Police Department and charged with loitering/prowling. |

PROB 12C - Page 2
Rene Reyes Nunez

2  The offender has violated the supervision condition which states '**The defendant shall report in person to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.**'

According to Bureau of Prison and Immigration and Customs Enforcement (ICE) correspondence, Nunez was released from ICE custody on March 30, 2010. On this date, community supervision commenced. He failed to report within the allotted time period or anytime thereafter and is considered an absconder.

I declare under penalty of perjury that the foregoing is true and correct.

By: Joseph Empirio
U.S. Probation Officer
Date: 09/10/10

**THE COURT ORDERS:**

[X] The Issuance of a Warrant
[ ] The Issuance of a Summons. Date of Hearing: _____.
[ ] No Action
[ ] Other

Signature of Judicial Officer

Sept. 29, 2010
Date